UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOE M. HAMBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:03-CV-383 |
| | ) | (Phillips/Shirley) |
| TECHMER PM, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 101] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of Plaintiff' Motion to Allow for Prejudgment Interest [Doc. 84] and Plaintiff's Motion for Costs and Application for an Award of Attorney Fees [Doc. 89].

The parties have advised the Court that this civil action has been settled. Accordingly, Plaintiff' Motion to Allow for Prejudgment Interest [Doc. 84] and Plaintiff's Motion for Costs and Application for an Award of Attorney Fees [Doc. 89] are **DENIED AS MOOT.**

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge